IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 13-cr-00055-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVIER DELACRUZ-LEIVA,

    Defendant.

## ORDER

PURSUANT to and in accordance with Order entered by the Judge William J. Martínez, it is

ORDERED that Defendant Javier Delacruz-Leiva is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 9th day of July 2013.

BY THE COURT:

Judge William J. Martínez
United States District Judge